# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**MICHAEL ANTHONY LORUSSO,**

   *Plaintiff*,

v.                                                   Case No.: 4:22cv421-MW/GRJ

**BOB GUALTIERI,**

   *Defendant*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 3. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 3, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** pursuant to 28 U.S.C. § 1915(g) because Plaintiff did not pay the filing fee and fails to meet the imminent danger exception. Plaintiff's claims are also **DISMISSED** for lack of standing." The Clerk shall close the file.

**SO ORDERED on January 3, 2023.**

                                                      s/Mark E. Walker_____
                                                      **Chief United States District Judge**