IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**MICHAEL ANTHONY LORUSSO,**

   *Plaintiff*,

v.                                                 Case No.: 4:22cv421-MW/MAF

**BOB GUALTIERI,**

   *Defendant.*

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 3, and has also reviewed *de novo* Plaintiff's "motion for rehearing," ECF No. 6, which this Court construes as Plaintiff's objections to the Report and Recommendation. Accordingly,

**IT IS ORDERED:**

The report and recommendation, ECF No. 3, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** pursuant to 28 U.S.C. § 1915(g) because Plaintiff did not pay the filing fee and fails to meet the imminent danger

exception. Plaintiff's claims are also **DISMISSED** for lack of standing." The Clerk shall close the file.

      **SO ORDERED on January 23, 2023.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
